UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HART JR.,<br>Plaintiffs,<br>v.<br>PACER, et al.,<br>Defendants. | Case No. 26-cv-05107-AGT(AGT)<br><br>**REPORT AND RECOMMENDATION** |

Eugene Hart Jr. hasn't filed an amended complaint, and the deadline by which to do so has now passed. For the reasons identified in the prior screening order, dkt. 6, the undersigned requests that the Clerk of the Court reassign Hart's case to a district judge. The undersigned recommends that the newly-assigned district judge dismiss Hart's complaint without leave to amend for lack of subject matter jurisdiction and failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Hart may object to this recommendation within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated: August 4, 2026

Alex G. Tse
United States Magistrate Judge