UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGENE HART JR.,<br>Plaintiff,<br>v.<br>PACER, et al.,<br>Defendants. | Case No. 3:26-cv-05107-JSC<br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br>Re: Dkt. No. 7 |

The Court has reviewed Magistrate Judge Alex G. Tse's report and recommendation to dismiss this action for lack of subject matter jurisdiction and failure to state a claim. (Dkt. No. 7.) Judge Tse previously granted Plaintiff's in forma pauperis application and dismissed the complaint under 28 U.S.C. § 1915(e) for failure to allege a basis for federal subject matter jurisdiction and failure to state a claim upon which relief could be granted. (Dkt. No. 6.) Plaintiff did not file an amended complaint by the deadline to do so and Judge Tse issued the underlying report and recommendation recommending the action be dismissed for lack of subject matter jurisdiction and failure to state a claim. (Dkt. No. 7.)

Objections to Judge Tse's order were due on or before August 18, 2026. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party.

The Court notes in the last six months Plaintiff has filed more than 50 cases in this District many of which have been dismissed for failure to prosecute or lack of subject matter jurisdiction. *See Hart v. Lewis*, No. 26-4731-RFL, Dkt. No. 9 (N.D. Cal. Jul. 9, 2026 Order). As a result, Plaintiff has been ordered to show cause why he should not be declared a vexatious litigant. *Id.*

Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety and dismisses the action without prejudice for lack of subject matter jurisdiction and

United States District Court
Northern District of California

failure to state a claim.

This Order disposes of Docket No. 7.

**IT IS SO ORDERED.**

Dated: August 19, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California